## CONWELL *v.* NEAL *et al.*

LUMPKIN, P. J.    An equitable petition to enjoin a pending action at law and bring the plaintiff therein to a settlement of certain cross-demands is not good when insolvency is not alleged, and when no reason appears why the plaintiff in the equitable proceeding can not, in defense to such action, set up those cross-demands against the other party.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 29, 1902.

Equitable petition.    Before Judge Estes.    Elbert superior court. March 15, 1901.

*W. D. Tutt & Son,* for plaintiff.
*Joseph N. Worley,* for defendants.